KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

E-Filing

FILED

AUG 3 0 2006

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 06-70359 HRL |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| WILETTE JOY PARKER, | ) |
| Defendant. | ) SAN JOSE VENUE |

The undersigned parties respectfully request that the arraignment in the above-captioned matter be continued from August 31, 2006 to September 14, 2006 at 9:30 a.m. before the Honorable Judge Lloyd. Guy Caputo, who represents the defendant, is unavailable due to a trial in state court. The defendant, through Mr. Caputo, has agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from August 31, 2006 to September 14, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective preparation of counsel.

//

STIPULATION AND [PROPOSED] ORDER
NO. 06-70359 HRL                    1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED:_____ | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED:_____ | _____/s/_____<br>GUY J. CAPUTO<br>Counsel for Ms. Parker |

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to September 14, 2006 at 9:30 a.m. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 31, 2006 until September 14, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/30/06

_____
NANDOR J. VADAS
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
NO. 06-70359 HRL

2