KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-00588 JW/HRL |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| WILETTE JOY PARKER, ) | |
| Defendant. ) | SAN JOSE VENUE |

On September 14, 2006, the undersigned parties appeared before the Court for arraignment on an indictment.  After the defendant was arraigned and entered a plea of not guilty, the parties jointly requested that the case be placed on Judge Ware's calendar on October 23, 2006 for a status hearing.  The government needs to provide additional discovery to the defendant, and an October appearance will allow the government to obtain the requested documents and provide them to defense counsel.  In addition, the parties requested an exclusion of time under the Speedy Trial Act from September 14, 2006 to October 23, 2006.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective

1  preparation of counsel.

2  SO STIPULATED:                    KEVIN V. RYAN
                                      United States Attorney
3

4  DATED:_____              _____/s/_____
                                      SUSAN KNIGHT
5                                     Assistant United States Attorney

6
   DATED:_____              _____/s/_____
7                                     GUY J. CAPUTO
                                      Counsel for Ms. Parker
8

9      Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act
10 from September 14, 2006 until October 23, 2006.  The Court finds, based on the aforementioned
11 reasons, that the ends of justice served by granting the requested continuance outweigh the best
12 interest of the public and the defendant in a speedy trial.  The failure to grant the requested
13 continuance would deny defense counsel reasonable time necessary for effective preparation,
14 taking into account the exercise of due diligence, and would result in a miscarriage of justice.
15 The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§
16 3161(h)(8)(A) and (B)(iv).

17 SO ORDERED.

18

19 DATED:___10/25/2006___            _____
                                      ~~HOWARD R. LLOYD~~    James Ware
20                                    United States ~~Magistrate~~ Judge
                                                     District