# UNITED STATES DISTRICT COURT

for the

## Northern District of California

**FILED**

NOV - 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**U.S.A. vs. WILETTE JOY PARKER**          **Docket Number CR 06-0588 JW**

### Petition for Arrest Warrant and Supporting Affidavit

I, Laura Weigel, a U.S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1.  The above-referenced defendant is charged in a Criminal Complaint with a violation of Title 18, United States Code, Section 472- Attempt to Pass Counterfeit Currency. On June 29, 2006, she was released on a $25,0000 personal recognizance bond with Pretrial Services supervision and other various special release conditions. This is to inform the court that Wilette Parker violated the standard condition of release, in that, the defendant shall not commit a federal, state or local law.

2.  On November 6, 2006, Pretrial Services was contacted by the United States Attorney's Office who advised that the defendant had been arrested in Modesto, California, for charges similar to the instant offense.

3.  Official police reports (see attached) obtained by Pretrial Services indicate that on September 30, 2006, the defendant attempted to pass a fictitious $100 bill at Mimi's Café located in Modesto, California. As a result of this action, the Modesto Police Department launched an investigation and on November 1, 2006, she was arrested by local authorities. Ms. Parker is charged with violating California Penal Code Sections 460(b)–Burglary: 2nd Degree; Section 476– Make/Pass/Possess Fictitious Bill/Note/Etc; and Section 12022.1– Enhancement for Crime Committed while on Release.

4.  Pretrial Services verified with Stanislaus County Public Safety Center that the defendant remains in custody on these felony charges and that 'bail is currently set at $65,0000. The defendant is scheduled to appear in Stanislaus County Superior Court on November 9, 2006, and her case number is 1218042.

**Page Two - Petition for Arrest Warrant and Supporting Affidavit**

**Re: Willette Joy Parker**
**Docket No.: CR 06-0588 JW**

4. The defendant is scheduled to appear for Further Status Conference on December 4, 2006, at 1:30 before the Honorable Judge James Ware.

Based on the foregoing, there is probable cause to believe that Wilette Joy Parker violated the conditions of her pretrial release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully,

Laura Weigel
U.S. Pretrial Services Office

Reviewed By,

Jaime Carranza, Officer in Charge
U.S. Pretrial Services Officer

Place **San Jose, California**
Date: November 7, 2006

Having considered the information set forth above,

THE COURT ORDERS:

☒ The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his/her bail should not be revoked.

❑ Other:_____

Date 11/9/06

Honorable Howard Lloyd
U.S. Magistrate Judge

NDCA-PSA PS8-A
(Revised 12/16/04)