KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-00588 JW |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS DATE |
| WILETTE JOY PARKER, | |
| Defendant. | SAN JOSE VENUE |

   The undersigned parties respectfully request that the status appearance in the above-captioned matter be moved from January 29, 2007 to January 8, 2007 at 1:30 p.m. The parties anticipate that the defendant will enter a change of plea at time.

SO STIPULATED:                    KEVIN V. RYAN
                                   United States Attorney

DATED:_____       _____/s/_____
                                       SUSAN KNIGHT
                                       Assistant United States Attorney

1
2  DATED:_____                   _____/s/_____
3                                          GUY J. CAPUTO
                                           Counsel for Ms. Parker
4
5     Accordingly, based on good cause shown, the Court HEREBY ORDERS that the status

hearing be moved from January 29, 2007 to January 8, 2007 at 1:30 p.m.
6
7
8  SO ORDERED.

   DATED:_ 12/20/2006 ___              _____
9                                      JAMES WARE
                                       United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. 06-00588 JW                        2