SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                     )<br>       Plaintiff,                                            )<br>             v.                                                  )<br>WILETTE JOY PARKER,                            )<br>       Defendant.                                         )<br>_____) | No. 06-00588 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>DATE<br><br>SAN JOSE VENUE |

    The undersigned parties respectfully request that the sentencing hearing in the above-captioned case be continued from May 21, 2007 to August 6, 2007. The reason for the continuance is to allow the Probation Office to conduct a presentence investigation. The case was recently assigned to a probation officer, who will need adequate time to investigate and draft a presentence report.

SO STIPULATED:                      SCOTT N. SCHOOLS
                                            United States Attorney

DATED: 5/18/07                      _____/s/_____
                                            SUSAN KNIGHT
                                            Assistant United States Attorney

1  DATED: 5/18/07                    /s/
2                                    GUY J. CAPUTO
                                     Counsel for Ms. Parker
3
4     Based on good cause shown, the Court HEREBY ORDERS that the sentencing hearing be
5  continued from May 21, 2007 to August 6, 2007.
6  SO ORDERED.
7  DATED:   May 18 2007              _____
                                     JAMES WARE
8                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 06-00588 JW                      2